# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF NORTH CAROLINA
# WESTERN DIVISION

| | |
|---|---|
| DAVID CONAWAY, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Civil Action No. 5:19-CV-00056-D |
| ) | |
| 3M COMPANY, ) | |
| ) | |
| Defendant. ) | |

## ORDER

THIS MATTER comes before the Court upon Defendant 3M Company's Motion for Stay of Proceedings Pending Rulings by the Judicial Panel on Multidistrict Litigation, and for good cause shown, including the consent of Plaintiff, the Court concludes that the Motion should be allowed.

IT IS THEREFORE ORDERED that Defendant's Motion is GRANTED, and all proceedings and deadlines in this matter shall be stayed until a final determination by the Judicial Panel on Multidistrict Litigation regarding whether this action, and numerous other related actions, should be consolidated pursuant to 28 U.S.C. § 1407.

SO ORDERED, this the 19 day of March, 2019.

JAMES C. DEVER III
United States District Judge